AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LYNNE OLSEN, d/b/a OLSEN AGRIPRISES,

                Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5012-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment in the amount of One Million Two Hundred Thousand Dollars ($1,200,000.00) is entered in favor of Defendants, the Federal Crop Insurance Corporation and the Risk Management Agency, components of the U.S. Department of Agriculture, an agency of the United States of America, and against Plaintiff, Lynn Olsen, d/b/a Olsen Agriprises.

January 13, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson